ISMAIL J. RAMSEY (CABN 189820)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
ELIZABETH D. KURLAN (CABN 255869)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7298
    Facsimile: (415) 436-6748
    Elizabeth.Kurlan@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| YIN GAN,<br><br>    Plaintiff,<br><br>  v.<br><br>ALEJANDRO MAYORKAS, Secretary of the United States Department of Homeland Security, *et al.*,<br><br>    Defendants. | C 3:24-cv-03465 PHK<br><br>**JOINT STATUS REPORT AND STIPULATION TO CONTINUE THE STAY OF PROCEEDINGS; [PROPOSED] ORDER** |

    The parties, through their attorneys, submit this joint status report regarding Plaintiff's Form I-589, Application for Asylum and Withholding of Removal. On July 30, 2024, the Court granted the parties' request to stay proceedings until December 23, 2024, to allow time for the agency to interview and adjudicate Plaintiff's asylum application. *See* Dkt. 15. United States Citizenship and Immigration Services ("USCIS") conducted Plaintiff's interview on August 23, 2024. Following Plaintiff's interview, USCIS scheduled a follow-up interview for January 30, 2025.

    Accordingly, the parties stipulate and request that the proceedings in this case be stayed until March 31, 2025, at which time the parties will file a joint status report with the Court. At that time, the parties may request a further continuance of the stay of proceedings, dismissal of the litigation if

Joint Status Report & Stipulation
C 3:24-cv-03465 PHK                1

appropriate, or placement of the case back on the Court's active docket. A stay of proceedings in this case will benefit the parties and conserve the Court's resources while the parties pursue a potential administrative resolution.

Dated:                                  Respectfully submitted,[1]

                                        ISMAIL J. RAMSEY
                                      United States Attorney

                                      */s/ Elizabeth D. Kurlan*
                                      ELIZABETH D. KURLAN
                                      Assistant United States Attorney
                                      Attorneys for Defendants

Dated:

                                      ZHENXIONG FAN
                                      Attorney for Plaintiff

## ~~[PROPOSED]~~ ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Date: December 23, 2024

                                      PETER H. KANG
                                      United States Magistrate Judge

---

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.